**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.  13-cv-00393-REB-MEH

STAN CHAMBERS,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EAGLE,
COLORADO, in its official capacity,
JACKIE COOPER, in her individual and official capacities,
JOSEPH D. HOY, EAGLE COUNTY SHERIFF, in his official capacity,
HEATH MOSNESS, EAGLE COUNTY DEPUTY SHERIFF, in his individual and official
capacity,
TAD DEGEN, EAGLE COUNTY DEPUTY SHERIFF, in his individual and official
capacity,
THE BOARD OF EDUCATION, EAGLE COUNTY SCHOOL DISTRICT, in its official
capacity,
ERIC MANDEVILLE, in his individual and official capacities; and
KIMBERLY JAMES, in her individual and official capacities,

    Defendants

---

**ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**

---

**Blackburn, J.**

The matter is before me on **Plaintiff's Unopposed Motion To Dismiss** [#65][1]

filed September 6, 2013.  After reviewing the motion and the record, I conclude that the

motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Plaintiff's Unopposed Motion To Dismiss** [#65] filed September 6,

2013, is **GRANTED**;

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That the following defendants and claims are **DISMISSED**:

    a.    Defendant The Board of Education, Eagle County School District;[2]

    b.    Defendant The Board of County Commissioners of the County of Eagle Colorado, in its official capacity;

    c.    Count V of the Amended Complaint (outrageous conduct) against defendant Joseph D. Hoy, Eagle County Sheriff, in his official capacity;

    d.    Count V of the Amended Complaint (outrageous conduct) against defendant Tad Degen, in his official capacity;

    e.    All claims against defendant Jackie Cooper, in her official capacity; and

    f.    Count IV of the Amended Complaint ("failure to implement appropriate policies, customs and practices") against defendant Jackie Cooper, in her individual capacity; and

3.  That on or before **September 30, 2013**, the plaintiff shall file a status report as to what claims remain pending in this case.

Dated September 9, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2] The motion and the proposed order identify this defendant as "Eagle County School District." The court construes this reference to pertain to defendant the Board of Education, Eagle County School District.