**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00393-REB-MEH

STAN CHAMBERS,

    Plaintiff,

v.

JOSEPH D. HOY, EAGLE COUNTY SHERIFF, in his official capacity,
HEATH MOSNESS, EAGLE COUNTY DEPUTY SHERIFF, in his individual and official capacity,
TAD DEGEN, EAGLE COUNTY DEPUTY SHERIFF, in his individual and official capacity,
THE BOARD OF EDUCATION, EAGLE COUNTY SCHOOL DISTRICT, in its official capacity,
ERIC MANDEVILLE, in his individual and official capacities; and
KIMBERLY JAMES, in her individual and official capacities,

    Defendants

**ORDER REGARDING ADDENDUM TO PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**

**Blackburn, J.**

The matter is before me on the **Unopposed Addendum To Plaintiff's Unopposed Motion To Dismiss** [#70][1] filed October 3, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted, and that plaintiff's claims against defendant Heath Mosness, Eagle County Deputy Sheriff, in his official capacity only, should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Unopposed Addendum To Plaintiff's Unopposed Motion To**

---

[1] "[#70]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Dismiss** [#70] filed October 3, 2013, is **GRANTED**; and

2. That plaintiff's claims against defendant, Heath Mossnes, Eagle County Deputy Sheriff, in his official capacity only, are **DISMISSED**.

Dated October 9, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge