**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00393-REB-MEH

STAN CHAMBERS,

    Plaintiff,

v.

HEATH MOSNESS, EAGLE COUNTY DEPUTY SHERIFF, in his individual and official capacity,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter before me is **Defendant's Unopposed Motion To Stay Proceedings** [#119],[2] filed January 27, 2015. Given the current posture of this case, the motion is at best premature.[3] I will deny it without prejudice on that basis.

**THEREFORE, IT IS ORDERED** that **Defendant's Unopposed Motion To Stay Proceedings** [#119], filed January 27, 2015, is **DENIED WITHOUT PREJUDICE** as premature.

Dated: January 28, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#119]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[3] Frankly, the court finds the motion perplexing. Discovery in this matter is closed. The dispositive motion deadline has passed. The trial in this case is not scheduled to commence until May 18, 2015. Thus, with the exception of any objections that plaintiff might intend to file to the magistrate judge's recommendation to deny his motion to amend his complaint (a motion which does not implicate defendant or his entitlement *vel non* to qualified immunity at all), defendant's motion for summary judgment stands submitted and is ripe for determination. Barring unforseen circumstances, there is more than adequate time to address the issues raised by and inherent to that motion prior to the time currently set for trial.