**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00393-REB-MEH

STAN CHAMBERS

       Plaintiff

v.

HEATH MOSNESS, EAGLE COUNTY DEPUTY SHERIFF, in his individual and official capacity

       Defendant

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Defendant's Motion for Summary Judgment Pursuant to FED. R. CIV. P. 56** [#125] of Judge Robert E. Blackburn entered on February 27, 2015 it is

ORDERED that Plaintiff Stan Chambers' claims against Defendant Heath Mosness, Eagle County Deputy Sheriff, in his individual and official capacity are DISMISSED WITH PREJUDICE and that defendant is **AWARDED** his costs to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that judgment without prejudice is entered in accordance with the following orders:

a. **Order Overruling Objections to and Adopting Recommendation of**

**United States Magistrate Judge** [#86], filed February 12, 2014;

b. **Order Re: Objections to Recommendation of United States**

**Magistrate Judge** [#87], filed February 18, 2014;

c. **Order Overruling Objections to and Adopting Recommendation of**

**United States Magistrate Judge** [#88], filed February 25, 2014;

d. **Order Regarding Addendum to Plaintiff's Unopposed Motion to**

**Dismiss** [#74], filed October 9, 2013; and

e. **Order Regarding Plaintiff's Unopposed Motion to Dismiss** [#66],

filed September 9, 2013.


Dated at Denver, Colorado this 27th day of February, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  A. Lowe

A. Lowe
Deputy Clerk