**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00393-REB-MEH

STAN CHAMBERS,

      Plaintiff,

v.

HEATH MOSNESS, EAGLE COUNTY DEPUTY SHERIFF, in his individual and official capacity,

      Defendant.

## ORDER APPROVING PARTIES' JOINT STIPULATED AGREEMENT

**Blackburn, J.**

      The matter before the court is the parties' **Joint Stipulated Agreement** [#128],[1] filed April 2, 2015. Having reviewed the motion and the file, and thus having been advised of the premises, the court finds and concludes that the parties' agreement should be approved.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the parties' **Joint Stipulated Agreement** [#128], filed April 2, 2015, is approved;

      2. That pursuant thereto, plaintiff, Stan Chambers, agrees not to file an appeal or a motion for reconsideration in this matter;

      3. That defendant's **Bill of Costs** [#127], filed March 13, 2015, is withdrawn; and

---

[1] "[#128]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      4. That each party will bear his own court costs incurred in connection with this case.

      Dated April 7, 2015, at Denver, Colorado.

**BY THE COURT**:

*Bob Blackburn*

Robert E. Blackburn
United States District Judge